**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
ALETHIA V. RAGLAND,

                              Plaintiff,              25 **CIVIL** 10494 (ER)(GS)

         -v-                                          **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-----------------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated March 19, 2026, the Commissioner's decision

be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner

of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further

administrative proceedings. On remand, the Commissioner will offer Plaintiff the opportunity for

a hearing and will issue a new decision.

**Dated:** New York, New York

        March 20, 2026


                                        **TAMMI M. HELLWIG**
                                        _____
                                                **Clerk of Court**

                                                K. mango
                        **BY:**
                                        _____
                                                **Deputy Clerk**